*June 26, 2017*

2017-Ohio-4477.]

**2016–1882.   State v. Graham.**
Portage C.P. No. 2016 CR 107 E. On appellant's second motion for extension of time to transmit record. Motion granted. The record shall be filed no later than September 19, 2017.

**2015–1715.   In re Application of Buckeye Wind, L.L.C.**
Power Siting Board, Nos. 08–666-EL–BGN and 13–360-EL–BGA. On joint application for dismissal. Application granted. Cause dismissed.